**SEALED**

**FILED**

JUN 2 7 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. |
| Plaintiff, | ) | **UNDER SEAL** |
| v. | ) | 2:13-CR-0229 MTGN |
| SEALED, | ) | |
| Defendants. | ) | |

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above-referenced case shall be sealed until further order of the court.

DATED: 6-27-13

_____
HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge

1