UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>CUONG DI BUI, et al.,<br><br>        Defendants.<br>_____<br><br>UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DUONG AI NGO, et al.,<br><br>        Defendants. | No. 2:11-cr-00148-KJM<br><br><br><br><br><br><br><br>2:13-cr-00229-TLN<br><br>**RELATED CASE ORDER** |
|---|---|

       Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a).  Here, "both actions involve similar questions of fact and the same question of law and their assignment to the same Judge . . . is likely to effect a substantial savings of judicial effort."  Local Rule 123(a)(3).  Accordingly, the assignment of these matters to the

1

same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge—it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that 2:13-cr-00229-TLN is reassigned from Judge Troy L. Nunley to the undersigned. Henceforth, the caption on documents filed in the reassigned case shall be shown as: 2:13-cr-00229-KJM.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: January 30, 2014.

_____
UNITED STATES DISTRICT JUDGE