THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Duong Ngo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DUONG NGO, <br><br> Defendant. | Case No.: 2:13-cr-0229-MCE <br><br> STIPULATION AND ORDER FOR CONTINUATION OF STATUS CONFERENCE |

Plaintiff, United States of America, by and through its counsel of record, and Defendant, Duong Ngo, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Status Conference before Judge England on December 18, 2014. The parties now stipulate and agree to continue the Status Conference to January 15, 2015, and to exclude time between December 18 2014, and January 15, 2015, under Local Code T4. Plaintiff does not oppose this request.

2. The parties agree and stipulate, and request that the Court find the following:

    a. The government has represented that the discovery associated with this case includes approximately 500 pages of discovery. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b. Counsel for defendant desires additional time in order to continue review of the discovery and to conduct research related to the charges.

    c. Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The government does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 18 2014, to January 15, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED: December 16, 2014      By:    /s/ Thomas A. Johnson
                                                                        THOMAS A. JOHNSON
                                                                        Attorney for Defendant
                                                                        DUONG NGO

| | |
|---|---|
| DATED:  December 16, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By:   /s/ Thomas A. Johnson for<br>         TODD PICKLES<br>         Assistant U.S. Attorney |

**ORDER**

**IT IS SO ORDERED.**

DATED:  December 24, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT