BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>        v.<br><br>DOUNG AI NGO,<br><br>                 Defendant. | CASE NO.  2:13-CR-229 MCE<br><br>STIPULATION REGARDING EXCLUDABLE<br>TIME PERIODS UNDER SPEEDY TRIAL ACT;<br>ORDER |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on April 23, 2015.

2.      By this stipulation, defendant now moves to continue the status conference until July 9, 2015, and to exclude time between April 23, 2015, and July 9, 2015, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes approximately 500 pages of discovery, including investigative reports and photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      New counsel for defendant substituted in on March 23, 2015.

c)      New counsel for defendant desires additional time to review discovery, consult with this client, and to discuss potential resolution with his client.

d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 23, 2015 to July 9, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4        IT IS SO STIPULATED.

5

6  Dated:  April 22, 2015                    BENJAMIN B. WAGNER
                                            United States Attorney

7                                           /s/ Todd A. Pickles

8                                           TODO A. PICKLES
                                            Assistant United States Attorney

9

10 Dated:  April 22, 2015                   /s/ Todd A. Pickles for

11                                          Reuven L. Cohen
                                            Counsel for Defendant

12                                          DOUNG AI NGO

13                        **ORDER**

14        IT IS SO ORDERED.

15 Dated:  April 24, 2015

16

17

18 MORRISON C. ENGLAND, JR., CHIEF JUDGE
   UNITED STATES DISTRICT COURT

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT