BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:13-CR-229 MCE |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE JUDGMENT AND SENTENCING HEARING |
| v. | |
| DOUNG AI NGO, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Doung Ai Ngo, by and through his counsel of record, hereby stipulate and respectfully request as follows:

1.     By previous order, this matter was set for judgment and sentencing on October 1, 2015.

2.     Defendant requests to continue the judgment and sentencing to March 31, 2016 at 9:00 a.m.  The United States does not oppose.

3.     The parties further agree that all dates for disclosures by the probation office and the submissions and filings by the parties relating to the presentence investigation report shall be reset based on the sentencing date of March 31, 2016, consistent with the Court's scheduling order [Dckt. No. 44].

///

///

///

1       4.    Because the defendant stands convicted based on his plea of guilty, the provisions of the

2   Speedy Trial Act, 18 U.S.C. § 3161, et seq., are inapplicable to this continuance.

3       IT IS SO STIPULATED.

4

Dated:  September 4, 2015                  BENJAMIN B. WAGNER

5                           United States Attorney

6                           /s/ *Todd A. Pickles*

7                           TODD A. PICKLES
                            Assistant United States Attorney

8

9   Dated:  September 4, 2015                  /s/ *Todd A. Pickles for*

10                          Reuven L. Cohen

11                          Counsel for Defendant
                            DOUNG AI NGO

12

13                        **ORDER**

14

15      The Court adopts the parties' stipulation.  Accordingly, the judgment and sentencing hearing is

16  continued to March 31, 2016 at 9:00 a.m.

17      IT IS SO ORDERED.

18

Dated:  September 9, 2015

19

20  _____

21  MORRISON C. ENGLAND, JR., CHIEF JUDGE
    UNITED STATES DISTRICT COURT

22

23

24

25

26

27

28