Reuven L. Cohen (Bar No. 231915)
rcohen@dordiwilliamscohen.com
**DORDI WILLIAMS COHEN, LLP**
724 South Spring Street, Suite 903
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167

Attorney for Defendant
DOUNG AI NGO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       v.<br><br>DOUNG AI NGO,<br><br>                    Defendant. | Case No. 2:13-CR-229 MCE<br><br>**STIPULATION TO CONTINUE JUDGMENT AND SENTENCING HEARING** |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant Doung Ai Ngo, by and through his counsel of record, hereby stipulate and respectfully request as follows:

1. By previous order, this matter was set for judgment and sentencing on March 31, 2016, at 9:00 a.m.

2. Defendant requests to continue the judgment and sentencing to June 16, 2016, at 9:00 a.m. The United States does not oppose.

---

**STIPULATION TO CONTINUE JUDGMENT AND SENTENCING HEARING**

3. The parties agree that all dates for disclosures by the probation office and the submissions and filings by the parties relating to the presentence investigation report shall be reset based on the sentencing date of June 16, 2016, consistent with the Court's scheduling order [Docket No. 44].

4. Because Mr. Ngo stands convicted based on his plea of guilty, the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, et seq., are inapplicable to this continuance.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: February 23, 2016.    DORDI WILLIAMS COHEN, LLP

By: */s/ Reuven L. Cohen*
    Reuven L. Cohen
    Counsel for Defendant
    DOUNG AI NGO

Dated: Febrary 23, 2016.    BENJAMIN B. WAGNER
                            UNITED STATES ATTORNEY

By: */s/ Reuven L. Cohen for*
    TODD A PICKLES
    Assistant United States Attorney

## ORDER

The Court adopts the parties' stipulation. Accordingly, the judgment and sentencing hearing is continued to June 16, 2016, at 9:00 a.m.

IT IS SO ORDERED.

Dated: February 25, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT