Reuven L. Cohen (Bar No. 231915)
rcohen@dordiwilliamscohen.com
**DORDI WILLIAMS COHEN, LLP**
724 South Spring Street, Suite 903
Los Angeles, CA 90014
Telephone:  (213) 232-5160
Facsimile:  (213) 232-5167

Attorney for Defendant
DOUNG AI NGO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-229 MCE |
| Plaintiff, | **STIPULATION TO CONTINUE JUDGMENT AND SENTENCING HEARING** |
| v. | |
| DOUNG AI NGO, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant Doung Ai Ngo, by and through his counsel of record, hereby stipulate and respectfully request as follows:

1.  By previous order, this matter was set for judgment and sentencing on June 16, 2016, at 9:00 a.m.

2.  Defendant requests to continue the judgment and sentencing to July 28, 2016, at 10:00 a.m.  The United States does not oppose.

1

STIPULATION TO CONTINUE JUDGMENT AND SENTENCING HEARING

1       3.  The parties agree that all dates for disclosures by the probation office and the

2            submissions and filings by the parties relating to the presentence investigation

3            report shall be reset based on the sentencing date of July 28, 2016, consistent

4            with the Court's scheduling order [Docket No. 44].

5       4.  Because Mr. Ngo stands convicted based on his plea of guilty, the provisions

6            of the Speedy Trial Act, 18 U.S.C. § 3161, et seq., are inapplicable to this

7            continuance.

8      IT IS SO STIPULATED.

9                          Respectfully Submitted,

10  Dated:  June 9, 2016.        DORDI WILLIAMS COHEN, LLP

12                    By: */s/ Reuven L. Cohen*

                        Reuven L. Cohen

13                      Counsel for Defendant

                        DOUNG AI NGO

15  Dated:  June 9, 2016.        BENJAMIN B. WAGNER

16                      UNITED STATES ATTORNEY

17                    By: */s/  Reuven L. Cohen for*

18                        TODD A PICKLES

                        Assistant United States Attorney

STIPULATION TO CONTINUE JUDGMENT AND SENTECING HEARING

1

2

**ORDER**

3

   The Court adopts the parties' stipulation.  Accordingly, the judgment and sentencing

4

hearing is continued to July 28, 2016, at 10:00 a.m.

5

   IT IS SO ORDERED.

6

Dated:  June 13, 2016

7

8

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING**