# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DOUNG AI NGO,<br><br>    Defendant. | Case No. 2:13-CR-229 MCE<br><br>**ORDER**<br><br>Hearing: August 25, 2016<br>Time: 10:00 a.m. |

The Court has received and considered Defendant Duong Ai Ngo's Request to Seal his Motion to Correct the Presentence Report and Sentencing Position (ECF No. 59). That request as filed is deficient for its failure to explicitly address the requirements set the requirements set forth in <u>Oregonian Publishing Co. v. U.S. District Court for the District of Oregon</u>, 920 F.2d 1462 (9th Cir. 1990).

///

///

**ORDER**

1. Accordingly, that request is DENIED without prejudice to refiling.
2.     IT IS SO ORDERED.
3. Dated: August 5, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE