**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DOUNG AI NGO,<br><br>　　　　　　　　Defendant. | Case No. 2:13-CR-229 MCE<br><br>**ORDER**<br><br>Hearing: August 25, 2016<br>Time: 10:00 a.m. |

　　　　Pursuant to Local Rule 141(b) and based upon the representation contained in Defendant's Request to Seal, it is hereby ordered that Defendant Duong Ai Ngo's Motion to Correct the Presentence Report and Sentencing Position and his Request to Seal shall be SEALED until further order of this Court. It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

///
///
///
///

**ORDER**

1  The Court has considered the factors set forth in <u>Oregonian Publishing Co. v. U.S. District
2  Court for the District of Oregon</u>, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the
3  reasons stated in Defendant's request, sealing the Defendant's motion serves a compelling
4  interest.  The Court further finds that, in the absence of closure, the compelling interests
5  identified by the Defendant would be harmed. In light of the public filing of its request to seal, the
6  Court further finds that there are no additional alternatives to sealing Defendant's motion that
7  would adequately protect the compelling interests identified by the Government.
8       IT IS SO ORDERED.
9  Dated:  August 10, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE