PHILLIP A. TALBERT
Acting United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00229 MCE |
| Plaintiff, | SEALING ORDER |
| v. | |
| DOUNG AI NGO, | |
| Defendant. | |

Upon Request of the United States of America to seal, and good cause having been shown, IT IS HEREBY ORDERED that the 3-page motion describing the United States's sentencing recommendation under the United States Sentencing Commission's Guidelines submitted by the United States in the above-captioned case and the Request to Seal Document(s) are hereby SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Government's request, sealing the Government's motion pursuant to U.S.S.G 5k1.1 serves a compelling interest.

///

1    The Court further finds that, in the absence of closure, the compelling interests identified by the

2  Government would be harmed. In light of the public filing of its request to seal, the Court further finds that

3  there are no additional alternatives to sealing the Government's motion pursuant to U.S.S.G 5k1.1 that would

4  adequately protect the compelling interests identified by the Government.

5        IT IS SO ORDERED.

6  Dated:  August 26, 2016

7

8                                   _____
                                    MORRISON C. ENGLAND, JR
9                                   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28